THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LYNDON SOUTHERN INSURANCE CO. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00398 |
| | § | |
| DANIEL MONCIVAIZ LOPEZ | § | |

## DEFENDANT'S SUPPLEMENT TO HIS MOTION TO DISMISS OR STAY

Defendant Daniel Lopez files this supplement to his Motion to Dismiss or Stay, which was inadvertently filed without the exhibits referenced therein. Doc. 8. The purpose of this supplement is to provide the Court and Plaintiff with the exhibits referenced in the motion to dismiss.

Respectfully submitted,

/s/ **Raymond L. Thomas**
Raymond L. Thomas
Texas Bar No. 19865350
Southern District No. 10715
rthomas@ktattorneys.com
**RAY THOMAS, PC**
4900-B N. 10th. Street
McAllen, Texas 78504
p. 956.686.8797
f. 956.630.5199
*Attorney in Charge for Daniel Lopez*

1

## Certificate of Service

      I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties listed on the Court's ECF transmission list.

      /s/ **_Raymond L. Thomas_**
      Raymond L. Thomas