

**RAYMOND L. THOMAS**
BOARD CERTIFIED - CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**EMAIL:** rthomas@raythomaspc.com

February 15, 2018

*Via electronic filing*
Honorable Randy Crane
U.S. District Court
Bentsen Tower, 10th Floor
1701 West Bus. Hwy. 83
McAllen, TX 78501

Re:   Civil Action Number 7:17-cv-00398; *Lyndon Southern Insurance Co. v. Daniel Moncivaiz Lopez;* United States District Court, Southern District of Texas, McAllen Division

Dear Judge Crane:

As requested in your February 7, 2018 Minute Entry (Doc. 19), filed contemporaneously with this correspondence is the Mo. Rev. Stat. § 537.065 agreement between the Missouri state-court Plaintiffs, Peggy and Clifford Pieper, and Defendant in this case.

Thank you for your consideration.

Respectfully,

RAY THOMAS, PC

Raymond L. Thomas

cc:   Sarah Smith – Sarah.Smith@lewisbrisbois.com
      Jeff Bauer – jbauer@stronglaw.com